UNITED STATES of America, Plaintiff–Appellee,

v.

Timothy Wayne COATS, Defendant–Appellant.

No. 02–6585.

United States Court of Appeals, Fourth Circuit.

Submitted June 25, 2002.

Decided July 8, 2002.

Timothy Wayne Coats, Appellant Pro Se. Peter W. Kellen, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Timothy Wayne Coats seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Coats,* Nos. CR–00–60–FO; CA–02–67–5 F (E.D.N.C. Mar. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We recently held in *United States v. Sanders,* 247 F.3d –139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's *Apprendi* claim is not cognizable.